```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
M.W. and J.W., individually and on behalf of C.W, a :
child with a disability,                            :
                                                    :        24-CV-09361 (JAV)
                                    Plaintiffs,     :
                                                    :             ORDER
            -v-                                     :
                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION,              :
                                                    :
                                    Defendant.      X
----------------------------------------------------------------
```

JEANNETTE A. VARGAS, United States District Judge:

      This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **December 27, 2024,** and not to exceed two pages, including the following information in separately numbered paragraphs:

    (1)    whether there is any need for discovery or an initial conference in this case;

    (2)    if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

    (3)    whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

      In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these

previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiffs shall serve the Order electronically on counsel for Defendant and file proof of such service on ECF.

SO ORDERED.

Dated: December 13, 2024  
New York, New York

_____  
JEANNETTE A. VARGAS  
United States District Judge